UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 26-61280-CV-DIMITROULEAS

JOSE ADAN MARTINEZ-MENDOZA,
A# 240-353-924,

      Petitioner,

v.

MITCHELL DIAZ,
In his official capacity as Assistant Field Office Director,
U.S. Immigration and Customs Enforcement
and Removal Operations;
CYNTHIA SWAIN,
In her official capacity as Warden of the
Broward Transitional Center, a for-profit detention facility
operated by The GEO Group, Inc.;
GARRETT RIPA,
in his official capacity as Field Office Director of the
Miami Field Office of the U.S. Immigration and Customs Enforcement
and Removal Operations;
TODD LYONS,
in his official capacity as Acting Director of the
U.S. Immigration and Customs Enforcement;
MARKWAYNE MULLIN, Secretary,
U.S. Department of Homeland Security, in his official capacity;
TODD BLANCHE, Acting Attorney General of
the United States, in his official capacity;
EXECUTIVE OFFICE for Immigration Review
United States Department of Justice,

      Respondents.

_____/

## ORDER REQUIRING EXPEDITED RESPONSE FROM RESPONDENTS

**THIS CAUSE** is before the Court on Petitioner JOSE ADAN MARTINEZ-MENDOZA

("Petitioner")'s Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 [DE 1], filed April

29, 2026. The Court has considered the Petition [DE 1] and is otherwise fully advised in the

premises.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1.  No later than **May 5, 2026**, Respondents shall file a response to the Petition.

    Petitioner may file a reply on or before May 8, 2026.

2.  The Clerk is **DIRECTED** to send this Order to the addresses below.

    **DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida,

this 4th day of May, 2026.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Counsel of Record
Email: usafls-immigration@usdoj.gov
Email: usafls-2255@usdoj.gov